UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00078

**Donald McWilliam**,

*Petitioner,*

v.

**Director, TDCJ-CID,**

*Respondent.*

### ORDER

This habeas corpus action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). On March 8, 2024, the magistrate judge issued a report recommending that the petition be dismissed with prejudice on its merits and that a certificate of appealability be denied. Doc. 3. The petitioner received the report on March 12, 2024, but he did not file written objections. Doc. 4.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition is dismissed with prejudice.

*So ordered by the court on May 9, 2024.*

J. CAMPBELL BARKER
United States District Judge